UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>FLANGAS MCMILLAN LAW GROUP, INC., a Nevada corporation, OAK PARK REAL ESTATE EQUITIES, LLC, a Nevada limited liability company, and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO.: 2:11-cv-00188-KJD-RJJ<br><br>**JUDGMENT** |

On February 24, 2012, this Court entered its Order on motions pending before it in this litigation. Consistent with the Court's Order of February 24, 2012, IT IS ORDERED AND ADJUDGED THAT:

On the First, Second, and Third Claims for Relief in the Complaint for Declaratory Relief, DECLARATORY JUDGMENT SHALL BE ENTERED for American Guarantee and Liability Insurance Company and against Flangas McMillan Law Group, Inc., in accordance with the Court's Order of February 24, 2012;

On the Fourth, Fifth, and Sixth Claims for Relief in the Complaint for Declaratory Relief, this Court's declaratory judgment renders these claims for relief moot since no actual controversy

1  remains, and the Fourth, Fifth and Sixth Claims for Relief SHALL BE DISMISSED WITHOUT
2  PREJUDICE;
3      On the First Counter-Claim in the Counter-Claim filed by FMLG, DECLARATORY
4  JUDGMENT SHALL BE ENTERED against Flangas McMillan Law Group, Inc. and for American
5  Guarantee and Liability Insurance Company, in accordance with the Court's Order of February 24,
6  2012;
7      On the Second, Third and Fourth Counter-Claims in the Counter-Claim filed by FMLG,
8  JUDMENT SHALL BE ENTERED against Flangas McMillan Law Group, Inc. and for American
9  Guarantee and Liability Insurance Company and Flangas McMillan Law Group, Inc. shall recover
10 nothing by way of its Counter-claim, in accordance with the Court's Order of February 24, 2012;
11 and
12     American Guarantee and Liability Insurance Company may seek costs of suit from Flangas
13 McMillan Law Group, Inc.

DATED this 15th day of March, 2012.

_____
Kent J. Dawson
United States District Judge

Submitted by:

_____
Ramiro Morales, Esq,
Morales Fierro & Reeves
Attorneys for Plaintiff, American Guarantee
and Liability Insurance Company

Approved as to form:

_____
Riley A. Clayton, Esq.
Hall Jaffe & Clayton, LLP
Attorneys for Defendant, Flangas
McMillan Law Group, Inc.